
# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14-13-BAJ-RLB |
| *versus* | : | |
| | : | 18 U.S.C. § 1001(a)(2) |
| EARL L. THERIOT | : | |

## WAIVER OF INDICTMENT

I, Earl L. Theriot, the above-named defendant, charged in a Bill of Information with making false statements, in violation of Title 18, United States Code, Section 1001(a)(2), understand:

(a) the nature of the charge brought against me, and

(b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charges instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this 31st day of January, 2014, at Beatwa, Louisiana.

_____
Earl L. Theriot

_____
Roger Jordan    #16642
Counsel for Defendant